ELIZABETH J. MARTIN, Respondent, *v.* HENRY P. NEUN, Appellant.

*Martin* v. *Neun*, 128 App. Div. 914, affirmed.
(Argued March 16, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 13, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, her employer.

*Hugh E. Rourke* for appellant.

*C. D. Kiehel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.